**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. JRR-25-104** |
| **ROBERT YOUNG,** | |
| **Defendant.** | |

**GOVERNMENT'S MOTION TO STAY RELEASE ORDER**
**AND SET HEARING ON REVOCATION OF RELEASE ORDER**

The United States of America, by and through its undersigned counsel, respectfully requests: (1) a hearing before United States District Judge Julie R. Rubin, pursuant to 18 U.S.C. § 3145(a), to revoke the pretrial release order issued in this case on April 25, 2025, by United States Magistrate Judge Charles D. Austin; and (2) an order of the Court staying the pretrial release order that was issued on April 25, 2025, pending the outcome of that hearing.

    Respectfully submitted,

    Kelly O. Hayes
    United States Attorney


    /s/ *Sarah Simpkins*
    Sarah Simpkins
    Assistant United States Attorney
    United States Attorney's Office
    36 S. Charles Street, 4th Floor
    Baltimore, Maryland 21201
    Telephone: (410) 209-4893
    Email: Sarah.Simpkins@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I certify that all active participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Sarah Simpkins*
Sarah Simpkins
Assistant United States Attorney