# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | |
| | | **Criminal No.: JRR-25-104** |
| **ROBERT YOUNG,** | * | |
| **Defendant.** | * | |
| | **...oOo...** | |

## NOTICE OF APPEAL
## <u>FROM ORDER SETTING CONDITIONS OF RELEASE</u>

The United States of America, by its undersigned counsel, pursuant to 18 U.S.C. § 3145 and Local Rule 302.1, hereby appeals to the United States District Court for the District of Maryland from the April 25, 2025 Order of United States Magistrate Judge Charles D. Austin, setting conditions of pre-trial release with respect to the Defendant, Robert Young.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: ___/s/*Sarah Simpkins*_____
    Sarah Simpkins
    Assistant United States Attorney
    36 S. Charles Street, Fourth Floor
    Baltimore, Maryland 21201
    Phone: (410) 209-4800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice was filed with the Clerk of the Court using the CM/ECF system on April 30, 2025. I certify that all active participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_/s/Sarah Simpkins_
Sarah Simpkins
Assistant United States Attorney